TENNESSEE TABLE COMPANY and Others, Appellants, v. THE HOLZWASSER CORPORATION and SIDNEY S. BERKOWITZ, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

WILFRED HART, Respondent, v. CANADAY COOLER CO., INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

KATIE BIRCHALL, as Administratrix, etc., of CHARLES BIRCHALL, Deceased, Respondent, v. CLEMONS REALTY CO., INC., Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

GENERAL FOODS CORPORATION, Plaintiff, v. GEORGE VON SEEBECK, Appellant, and P. & W. CREDITORS CORPORATION, Respondent.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

GENERAL FOODS CORPORATION, Plaintiff, v. GEORGE VON SEEBECK, Appellant, and P. & W. CREDITORS CORPORATION, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MELVIN HERMAN, Suing as a Stockholder and on Behalf of all the Stockholders of STERN AND GUTMAN, INC., Similarly Situated, etc., Appellant, v. STERN AND GUTMAN, INC., and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

LOUISE H. MANLEY and HERBERT D. MANLEY, Appellants, v. MARY E. V. LEECH and Others, Defendants. MINA LEWIS, Receiver, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. See McHarg v. Commonwealth Finance Corp. (195 App. Div. 862). Present — Finch, P. J., Martin, O'Malley and Townley, JJ.

GIFFORD PINCHOT and HENRY B. CLOSSON, as Trustees, etc., under the Will of EDITH C. BRYCE, etc., and Others, Appellants, v. MANUFACTURERS BUILDING COMPANY, Respondent, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The bill of particulars to be served within thirty days from service of order. Present — Finch, P. J., Martin, O'Malley and Townley, JJ.